IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
STATE OF GEORGIA

| | |
|---|---|
| JANE DOE 1, <br><br> Plaintiff, <br><br> v. <br><br> PETER B. PRIVATEER and <br> MARCELO A. DESAUTU, <br><br> Defendants. | CIVIL ACTION FILE NO. <br><br> 1:16-cv-04763-ELR |

## PLAINTIFF'S MOTION AND BRIEF FOR
## CONSENT PROTECTIVE ORDER

Plaintiff Jane Doe 1 moves the Court under Fed. R. Civ. 26(c) to enter the attached proposed protective order.  The proposed order covers: all names by which Plaintiff is now known or has been known, social security numbers, dates of birth, home addresses of parties, home and cell telephone numbers of parties, medical information, payroll information, credit information, tax returns, and other sensitive and confidential identifying information.

This order is necessary to protect the confidentiality and privacy of the parties.  It is consistent with the Court's order allowing Plaintiff to proceed under a pseudonym.  (Doc. 20).

Plaintiff's counsel are authorized to represent that Defendant Privateer has consented to the entry of this order.  Desautu has not made an appearance and is in default.

Respectfully submitted,

s/George M. Weaver
George M. Weaver                    743150
Attorney for Plaintiff Jane Doe 1

HOLLBERG & WEAVER, LLP
2921 Piedmont Road, N.E., Suite C
Atlanta, Georgia 30305
Tel.: (404) 760-1116
Fax: (404) 760-1136
gweaver@hw-law.com

Jeffrey A. Shaw                     557870
Attorney for Plaintiff Jane Doe 1

ATLANTA DREAM CENTER, INC.
652 Angier Ave., NE
Atlanta, GA 30308
Tel.: (404) 817-3502
jeff@outofdarkness.org

- 2 -

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
STATE OF GEORGIA

| | |
|---|---|
| JANE DOE 1, | |
| Plaintiff, | |
| v. | CIVIL ACTION FILE NO. |
| PETER B. PRIVATEER and MARCELO A. DESAUTU, | 1:16-cv-04763-ELR |
| Defendants. | |

## CONSENT PROTECTIVE ORDER

This case is in discovery and the parties have acknowledged the need to protect the confidentiality of certain sensitive confidential and identifying information. Accordingly, good cause having been shown within the meaning of the Federal Rules of Civil Procedure and the parties having agreed, the Court hereby orders:

1. All of the following information produced by any party to this suit shall be treated as confidential by all parties to the litigation: all names by which Plaintiff is now known or has been known, social security numbers, dates of birth, home addresses of parties, home and cell telephone numbers of parties, medical information, payroll information, credit information, tax returns, and

- 1 -

other sensitive and confidential identifying information.  ("Confidential Information").

2. Confidential Information and all copies, summaries, compilations, and notes or abstracts thereof shall be used exclusively in this action and for no other purpose.  Upon completion of this action, all Confidential Information together with any copies thereof shall either be destroyed or returned to the providing counsel, at said counsel's election.   Any and all lists used to identify Confidential Information shall, upon conclusion of this action, also be maintained as strictly confidential under the terms of this paragraph, and shall be returned or destroyed under the terms of this paragraph.

3. Confidential Information may be disclosed to persons employed as independent consultants by counsel and employees of counsel who have a need to review Confidential Information to aid in the litigation of this case.  Such employees of counsel shall maintain and honor the confidentiality of such information except as disclosure is necessary for handling this litigation.   Disclosure of Confidential Information to persons other than counsel, the parties, and counsels' employees shall be conditioned upon such persons agreeing to be bound by this Order and signing a statement to that effect.

4. Parties wishing any document to be filed under seal must first present a motion

- 2 -

and/or consent order regarding said document, and a copy of the document sought to be sealed, to the Court.  Such motion or consent order should explain with particularity and citations to authority why the document should be filed under seal.  The Clerk of the Court is not authorized to accept for filing any document designated as sealed without an Order from the Court approving specific documents to be filed under seal.

5.  An inadvertent failure to declare or mark a document as "Confidential" does not waive the right of the party seeking protection to correct that oversight. Similarly, a party's inadvertent failure to mark another party's records as confidential does not give rise to  any type of damages or cause of action, but the party seeking confidentiality protection may require that the oversight be corrected.

6.  This Order shall govern all pretrial proceedings, but shall be subject to modification either before, during, or after trial, upon consent of the parties or by the Court. This Order shall not affect the rights of any party to use summary data or calculations based thereon.   Any Confidential Information that is admitted into evidence shall not lose its confidential designation under this Order unless expressly ordered by the Court.

- 3 -

7.  The provisions of this Order shall not affect the admissibility of evidence or any objections to same at trial or in any other proceedings in Court except as may be provided by separate Order or agreement.  In addition, nothing in this order shall be construed as making any particular information or document discoverable in this action which might otherwise be objectionable.

IT IS SO ORDERED, this ____ day of _____, 2017.


_____
ELEANOR L. ROSS
United States District Judge


CONSENTED TO:


s/George M. Weaver_____
George M. Weaver                743150
Attorney for Defendants
HOLLBERG & WEAVER, LLP
2921 Piedmont Road, N.E.
Suite C
Atlanta, Georgia 30305
404-760-1116
gweaver@hw-law.com

s/Steven P. Berne

Steven P. Berne                    055020
One Midtown Plaza
1360 Peachtree Street
Suite 910
Atlanta, Georgia 30309
(404) 881-5335
atlantalaw@bellsouth.net


s/R. Andrew Fernandez

R. Andrew Fernandez               259167
3 Corporate Blvd
Suite 250
Atlanta, Georgia 30329
(404) 320-0088
AFernandez@peralesfernandez.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
STATE OF GEORGIA

| | |
|---|---|
| JANE DOE 1,<br><br>          Plaintiff,<br><br>v.<br><br><br>PETER B. PRIVATEER and<br>MARCELO A. DESAUTU,<br><br>          Defendants. | CIVIL ACTION FILE NO.<br><br><br>1:16-cv-04763-ELR |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing
PLAINTIFF'S MOTION AND BRIEF FOR CONSENT PROTECTIVE
ORDER with the Clerk of Court using the CM/ECF system which will
automatically send email notification of such filing to the following
attorneys of record:

> Steven P. Berne, Esq.
> One Midtown Plaza
> 1360 Peachtree Street
> Suite 910
> Atlanta, Georgia 30309
>
> R. Andrew Fernandez, Esq.
> 3 Corporate Blvd
> Suite 250
> Atlanta, Georgia 30329

- 1 -

This 26th day of July, 2017.

Respectfully submitted,

s/George M. Weaver
George M. Weaver          743150
Attorney for Plaintiff Jane Doe 1

2921 Piedmont Road, N.E.
Suite C
Atlanta, GA 30305
404-760-1116
gweaver@hw-law.com

- 2 -